UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVENS J. WHITE

VERSUS

CITY-PARISH OF EAST BATON ROUGE, ET AL.

CIVIL ACTION

15-806-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 22, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the City of Baton Rouge/Parish of East Baton Rouge's *Motion to Dismiss*[3] shall be GRANTED, and Plaintiff's claims against the City of Baton Rouge/Parish of East Baton Rouge shall be DISMISSED with prejudice. Further, Road Runner Towing, Inc.'s *Motion to Dismiss*[4] shall be GRANTED, and Plaintiff's claims against Road Runner Towing, Inc. shall be DISMISSED with prejudice. Further, Officers J. Acree and J. Ardoin's *Motion to Dismiss*[5] shall be GRANTED, and Plaintiff's claims against Officers J. Acree and J. Ardoin shall be DISMISSED with prejudice.

Baton Rouge, Louisiana the 6 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.
[3] Rec. Doc. 7.
[4] Rec. Doc. 9.
[5] Rec. Doc. 12.